The People of the State of Illinois, Plaintiff-Appellee, *v.* Jimmy Brown, Defendant-Appellant.

(No. 59259; )

First District (4th Division)—January 16, 1974.

Opinion by Mr. JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago (Harold A. Cowen, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.